

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2021

No. 04-21-00068-CR

Albert Araiza **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0541
Honorable Velia J. Meza, Judge Presiding

# O R D E R

Appellant's brief was originally due May 12, 2021. On June 17, 2021, we abated this case to the trial court and ordered the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

On July 6, 2021, appellant filed a pro se letter asking questions about his appeal and a pro se letter stating he wanted to withdraw his appeal. On that same date, Mr. Vikash Bhakta filed a Notice of Appearance stating he had been appointed to represent appellant on appeal. On July 15, 2021, Mr. Bhakta filed a letter with this court stating appellant did not wish to withdraw his appeal. On July 19, 2021, the reporter's record from the abandonment hearing was filed. The trial court found appellant wished to prosecute his appeal and Mr. Bhakta was appointed to represent appellant on appeal.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. It is further ORDERED that Mr. Bhakta file appellant's brief **no later than August 19, 2021**.

FILE COPY

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court